JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GEORGE C. SHEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION; DOES 1 through 10, INCLUSIVE<br><br>　　　Defendants. | Case No.: CV 22-4124-GW-MRWx<br><br>Hon. District Judge George Wu<br><br>Hon. Magistrate Judge Michael R. Wilner<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[No Hearing Required] |

Having considered the *Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "Stipulation") entered into by and between *plaintiff* George C. Shen and *defendant* Freedom Mortgage Corporation (collectively, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that all hearings currently scheduled in this action are hereby vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated: August 4, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE